In the Matter of the Final Judicial Settlement of the Accounts of JEREMIAH P. ROBINSON et al., as Executors of and Trustees under the Will of ELIZABETH ROBINSON, Deceased, Respondents; R. BURNHAM MOFFAT, as Special Guardian of CHARLOTTE LEECH and ROBINSON LEECH, Appellant.

*Matter of Robinson*, 40 App. Div. 30, affirmed.
(Argued October 2, 1899; decided October 24, 1899.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 18, 1899, affirming so much of a decree of the Surrogate's Court of Kings county as denied an application by a special guardian for an award to him out of the estate of the decedent of compensation for his services in addition to statutory costs.

*R. Burnham Moffat* for appellant.

*Frank D. Sturges* for respondents.

The questions certified were as follows:

I. Does the Surrogate's Court possess power to award to a special guardian, appointed on its own motion in proceedings for the judicial settlement of an executor's accounts, any compensation for his services in addition to and apart from the statutory costs allowed by sections 2557–2561 of the Code of Civil Procedure?

II. If- the Surrogate's Court has such power, then can it direct that any compensation which it may so award be paid out of the general estate of the decedent, where the infants represented by such guardian have a vested interest therein, subject, however, to be divested by death prior to decease of life tenant.

Order affirmed, without costs, on authority of *Matter of Robinson* (160 N. Y. 448).

First question certified, limited as indicated in the opinion, answered in the negative. Second question not answered.

All concur.